UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-CR-00316-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **ROBERT WRIGHT,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the government's Motion Nunc Pro Tunc Regarding Restitution. Having considered the government's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion Nunc Pro Tunc Regarding Restitution (#23) is **GRANTED**, and unless defendant objects prior to entry of Judgment, the Court will hold open the issue of Restitution for 90 days for a joint recommendation concerning the appropriate amount.

Signed: March 13, 2019

Max O. Cogburn Jr
United States District Judge

1