UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                      Plaintiff, )<br>                           )<br>vs.                              )<br>                              )<br>                              )<br>ROBERT WRIGHT,           )<br>                      Defendant. ) | CASE NO. DNCW3:18CR316<br>(Financial Litigation Unit) |

**ORDER TO AUTHORIZE PAYMENT
FROM INMATE TRUST ACCOUNT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Motion of United States of America to Authorize Payment from Inmate Trust Account (Doc. No. 34) is GRANTED.

It is, therefore, ORDERED, ADJUDGED and DECREED that:

1.    The Bureau of Prisons is authorized to turn over funds in the amount of $1,755.96 to the Office of the United States District Court, Clerk of Court for the Western District of North Carolina located at 401 West Trade Street, Charlotte, North Carolina 28202, and the Clerk of Court shall accept said funds currently held in the trust account for the following inmate:

        Robert Wright
        Register Number: 34526-058

2.    The Clerk shall apply these funds as payment for the criminal monetary penalties owed by the Defendant in this case.

Signed: October 22, 2021

Max O. Cogburn Jr.
United States District Judge